## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | | |
|---|---|---|
| In re: | ) | |
| **Robert A. Simpson and Tay R. Simpson,** | ) | Case No. 2:18-cv-00136-cr |
|     Appellants | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| **Wells Fargo Leasing, Inc. and** | ) | |
| **Vermont Agricultural Credit** | ) | |
|     **Corporation** | ) | |
|     Appellees | ) | |

### STIPULATION FOR DISMISSAL

The parties to this matter, Robert A. Simpson and Tay Simpson, by and through their attorney, Rebecca A. Rice, Esq., Well Fargo Leasing, Inc., by and through its attorney, Gary L. Franklin, Esq. and Vermont Agricultural Credit Corporation, by and through its attorney, Bernard Lambek, Esq. hereby stipulate and agree that the above-captioned appeal shall be dismissed with prejudice.

Dated at City of Rutland, Vermont, this 31st day of August, 2018.

                                                  ROBERT A. SIMPSON
                                                  TAY R. SIMPSON


                                                  By:/s/Rebecca A. Rice
                                                  Rebecca A. Rice, Esq.


                                                  WELLS FARGO LEASING, INC.

                                                  By: econsent
                                                  Gary L. Franklin, Esq.

                                                  VERMONT AGRICULTURAL CREDIT
                                                  CORPORATION

                                                  By: econsent
                                                  Bernard Lambek, Esq.